**FILED**
February 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN EUGENE SPENCER, JR., )<br>)<br>Defendant. ) | CASE NUMBER: 1:12-mj-00006-GSA<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kevin Eugene Spencer, Jr.</u>; Case <u>1:12-mj-00006-GSA</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_    Release on Personal Recognizance

   \_    Bail Posted in the Sum of _____

   <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000.</u>

   \_    Appearance Bond with 10% Deposit

   \_    Appearance Bond secured by Real Property

   \_    Corporate Surety Bail Bond

   <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>2/6/12</u> at <u>2:30 pm</u>

By _____
Carolyn K. Delaney
United States Magistrate Judge